UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ALABAMA
EASTERN DIVISION

IN RE: )
TERRENCE ROGER GALLAGHER, ) BK CASE #11-42261 JJR7
DEBTOR. )

REPORT OF UNCLAIMED FUNDS UNDER
BANKRUPTCY RULE 3011

  Pursuant to Bankruptcy Code §11347 and Rule 3011, Unclaimed Funds in Chapter 7 Liquidation, a list of all known names and addresses of the entities and the amounts which they are entitled to be paid from the remaining property of the estate shall be filed with the clerk.

| Claim # | Name & Last Known Address | Amount of Dividend |
|---|---|---|
| 54 | Margaret Lumpkins<br>5817 Ridgerack Court<br>Fort Worth, TX 76132 | $3,423.09 |
| | *Reason: Not cashed within 90 days* | |
| 55 | Paul Fendler<br>20 Daybreak Lane<br>Hyannis, MA 02601 | $46.74 |
| | *Reason: Not cashed within 90 days* | |
| 56 | Kathy Barnett<br>7724 Skylake Drive<br>Fort Worth, TX 76179 | $101.20 |
| | *Reason: Not cashed within 90 days* | |
| 57 | Nick Haberer<br>8632 Canyon Crest Road<br>Fort Worth, TX 76179 | $140.23 |
| | *Reason: Not cashed within 90 days* | |
| 58 | James & Diane Cabral<br>POB 3028<br>Nantucket, MA 02584 | $1,729.49 |
| | *Reason: Not cashed within 90 days* | |

| | | |
|---|---|---|
| 59 | Sherry Jackson<br>2285 Dripping Rock Road<br>Piedmont, AL 36272 | $18.70 |
| | *Reason: Not cashed within 90 days* | |
| 60 | James G. Estes and Helen Estes (deceased)<br>1322 Sulphur Springs Rd. N.<br>Piedmont, AL 36272 | $37.39 |
| | *Reason: Not cashed within 90 days* | |
| 62 | Jim Westbrook<br>7131 Roy Webb Road<br>Piedmont, AL 36272 | $18.70 |
| | *Reason: Not cashed within 90 days* | |
| 63 | James F. Wesbrook, Sr.<br>7129 Roy Webb Road<br>Piedmont, AL 36272 | $18.70 |
| | *Reason: Not cashed within 90 days* | |
| 65 | Stanley and Janice Everly<br>5500 White Willow<br>Ft. Worth, TX 76244 | $93.49 |
| | *Reason: Not cashed within 90 days* | |
| 66 | Janet Lindow<br>216 Lost Nation Road<br>Essex Junction, VT 05452 | $46.74 |
| | *Reason: Not cashed within 90 days* | |

Page three
Report of Unclaimed Funds
BK Case #11-42261 JJR7
In re: Debtor: Terrence Roger Gallagher

| | | |
|---|---|---|
| 67 | Donald R. Ruggles<br>1301 Continental Drive<br>Suite 108<br>Abingdon, MD 21009 | $140.23 |

*Reason: Not cashed within 90 days*

**TOTAL REMITTED TO COURT: $5,814.70**

Date: 08/05/15                   RESPECTFULLY SUBMITTED,

/s/ Rocco J. Leo
ROCCO J. LEO, TRUSTEE
3250 Independence Drive
Suite 201
Birmingham, AL 35209
Telephone: (205) 879-0000
Facsimile: (205) 879-9281
rleo@leoandoneal.com

## CERTIFICATE OF SERVICE

I hereby certify that on the 5th day of August, 2015, I served a copy of the above and foregoing on all parties listed below:

____ Facsimile transmission;
____ Hand delivery;
_x__ Using the CM/ECF System for the United States Bankruptcy Court for the Northern District of Alabama, system which will send notification of such to the following:

Mark Russell, Esquire
Attorney for the Debtor
markrussellesq@cableone.net

Honorable Robert J. Landry, III
Assistant Bankruptcy Administrator
robert_landry@alnba.uscourts.gov

Page four
Report of Unclaimed Funds
BK Case #11-42261 JJR7
In re: Debtor: Terrence Roger Gallagher

  x    Placing a copy of same in the United States Mail, properly addressed and first class postage prepaid to:

       Margaret Lumpkins
       5817 Ridgerack Court
       Fort Worth, TX 76132

       Paul Fendler
       20 Daybreak Lane
       Hyannis, MA 02601

       Kathy Barnett
       7724 Skylake Drive
       Fort Worth, TX 76179

       Nick Haberer
       8632 Canyon Crest Road
       Fort Worth, TX 76179

       James & Diane Cabral
       POB 3028
       Nantucket, MA 02584

       Sherry Jackson
       2285 Dripping Rock Road
       Piedmont, AL 36272

       James G. Estes and Helen Estes (deceased)
       1322 Sulphur Springs Rd. N.
       Piedmont, AL 36272

       Jim Westbrook
       7131 Roy Webb Road
       Piedmont, AL 36272

       James F. Wesbrook, Sr.
       7129 Roy Webb Road
       Piedmont, AL 36272

Page five
Report of Unclaimed Funds
BK Case #11-42261 JJR7
In re: Debtor: Terrence Roger Gallagher

    Stanley and Janice Everly
    5500 White Willow
    Ft. Worth, TX 76244

    Janet Lindow
    216 Lost Nation Road
    Essex Junction, VT 05452

    Donald R. Ruggles
    1301 Continental Drive
    Suite 108
    Abingdon, MD 21009

    s/ Rocco J. Leo
    Trustee